AO 458 (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

MICHAEL SAWYER
Defendant.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

Case No.   24-10187

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: **MICHAEL SAWYER**
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

Court(s): Pennsylvania (1990), EDPA (1991), Third Cir. (1993), MDPA (2008), Court of Federal Claims (2010), U.S. Supreme Court (2011), Ninth Cir. (2018), Tenth Cir. (2021), EDTN (2023)

Year(s) of Admission

Date: October 9, 2024

Signature of Attorney: *[signed]*

Print Name: Michael A. Schwartz

Address: Troutman Pepper
3000 Two Logan Square, 18th and Arch Streets

City, State, Zip Code: Philadelphia, PA 19106

Email Address: michael.schwartz@troutman.com

Phone Number: 267-767-3145

Fax Number: 800-615-2315