UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 25-619

MICHAEL SAWYER   **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  Michael Sawyer
                                                 Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Pennsylvania | 2024 |
|---|---|
| Court(s) | Year(s) of Admission |

Date: October 16, 2025

_[signature]_
Signature of Attorney

Melanie Kersey
Print Name

3000 Two Logan Square, Eighteenth and Arch Streets
Address

Philadelphia, PA 19103
City State Zip Code

(215) 981-4925 || (215) 981-4750
Phone Number Fax Number

DNJ-CR-013 (03/2010)